**Order entered September 21, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00113-CV

## IN THE INTEREST OF R.N. AND R.N., MINOR CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07618**

## ORDER

On February 8, 2016, the Dallas County District Clerk filed volume two of the clerk's record as a sealed record. However, the record shows that there is no sealing order and the Dallas County District Clerk has confirmed that there is no such order in this case.

On the Court's own motion, we **STRIKE** the sealed volume two of the clerk's record in this case. The Court **ORDERS** the Dallas County District Clerk to refile volume two of the clerk's record within ten days of the date of this order.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE